1:22-cv-804
Jane M. Beckering
U.S. District Judge

**WESTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION**
110 Michigan St NW, Grand Rapids, MI 49503

Pre-Disabled -Disabled Litigant
Alonzo Shaffer In Pro per…
2860 S 9 St Apt# 3
Kalamazoo County Michigan   ,
49009

FILED - KZ
September 1, 2022 3:49 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_mg_ Scanned by _My 9/2/22_

V,

1. Entire Anil A Petell family Of Doctors)1312 Oakland Drive)227 W Michigan Ave,)201 W Kalamazoo Ave
2. Judge Quinn Benson              ) Kalamazoo, Michigan)    Kalamazoo, MI,)   Kalamazoo, MI
3. Kalamazoo County MI             ) 49008                   49007            49007

## Grievance complaint

Judge Benson ordered competence forensic testing On

1. I claimant Shaffer,
Because he was duped by: Individual's lying claimant party in a US Court proceeding.. False allegations that the prosecution moved forward - in an attempt to convict

2. I Shaffer.. "I Shaffer was told, If I Shaffer did not comply with US Court order,

3. I Shaffer would be subject to prison..

4. I Simply stated, "I Shaffer did not understand why

5. I am here…
To defend Myself, In a US Court, for something,

6. I did not do…
After weighing the case against evidence,
Judge Benson realized that

7. I Shaffer was set up, Framed by: a judicial system Used against Me..
Although despite,

8. I Shaffer was Innocent - during entire time,
Which is a travesty Of justice that affects

9. I Shaffer everyday…
A Lifetime of Mental anguish, Suffering, hurt and pain..
Upon realization, Judge Benson gave Me an apology… not good enuff to satisfy
Benson told

10. I Plaintiff to stay away from People Like that..
Liars, manipulative schemers, Who intend to harm Me, By any means
necessary.. Namely false police reports, false allegations.)
During April through false imprisonment stay.

11. I Shaffer, was stabbed by a metal fork from a patient inside eating quarters when indeed plastic eating utensils are used to prevent risk of casualties… Staff mentioned - "this never happened before"…

12. I Shaffer, was forced to take unneeded unwanted psychotropic mind altering Risperdal Threatened if -

13. I Shaffer, did not take it orally, it will be given to

14. I Plaintiff intravenously or by shot.

15. During April through stay in sleeping quarters, While I Shaffer was in bed with issues, sleeping staff came into sleeping quarters, Telling a patient that he was just doing rounds. "All of a sudden."
A staff member came over to

16. I Shaffer..

17. I Shaffer, then felt a sharp prick on my side, Not knowing what was happening.

18. I Shaffer, scared, laying down…
Looking at a tower through window,

19. I Shaffer feeling faint, Vision began to go black.
Next thing,

20. I Shaffer knew..

21. I Shaffer, woke up in A room with lights above me..
With tubes in eyes, nose, mouth, ears, ureter, and anal…

I Plaintiff confused, scared, Started flailing around Snatching tube out of my throat.

I Plaintiff heard an unnatural voice saying, Shaffer'(s) waking up.
Then a needle/shot was administered with a mask put over my face..

I Plaintiff was severely, Constitutionally disrespected In the worst possible way, known by man, etc...

I Plaintiff, Waking up the next day, Hair was shaved with bald spot patches..

I Plaintiff, while undergoing of catastrophic torture, under my fingernails, toe nails, Eyes, ears, nose, throat, Penis, and anal was bleeding.

I Plaintiff, had (ekg) heart monitor stickers, Still attached to my chest..
And Glue on my Hair scalp ears..
A doctor with a weird Look on his face, smirking
Asked I Shaffer, If

I Plaintiff Shaffer slept well.

I Plaintiff wondered in a confused state of mind..
Why have

I Plaintiff violated In such a manner..
This is unconstitutional...

I Plaintiff has done nothing wrong...
To deserve this wanton, Failure of justice..
Due to lies and deceit. During April through stay -

I Plaintiff was wrongfully,Tested, poked, prodded, probed,
Causing Mental anguish and Significant **mental suffering** -
Includes: Fright, feelings of distress, anxiety,
Depression, trauma, or grief..
**Torture - Status 18 usc. 2340A, 19 usc. § 1592 Negligence.**
For every subject mention that was poked prodded and probed
Throughout this course of claims

I Plaintiff will ask for every subject that

I Plaintiff was tampered with..
**$1.5 Million for each underline**
Bleeding fingernails
Bleeding toenails
Bleeding eyes
Bleeding Ears
Bleeding nose
Bleeding throat
Bleeding penis
Bleeding anal
Which Calculates to be an amount of
**$34.5 Million,**
With punitive damages calculated amount of
**$17.25 Million,**

**Tottling- $51.75 Million USD...**

I Plaintiff request this US to whom matter may concern to follow this matter of claims By:

I Plaintiff Shaffer... So due process can be granted..
**18 usc. § 242, deprivation of rights, 42 usc. Sec. § 1983 under color of law**
In a fair, clear, and cognizable way.. So relief can be granted..

**WHEREFORE**

I Plaintiff respectfully requests
Western District of Michigan
Federal enter an investigation
&
Judgment, against
Kalamazoo County MI, an
Its Kalamazoo County MI,
Oakland Drive
Psychiatrist Hospital, et al...
Punitively, allowing monetary amounts
With legal fees, paid by
All Defendants
In amount, consistent with Complaint &
Damages Sustained Et al....

x  *[signature]*  Alonzo Shaffer   09/01/2022