UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALONZO SHAFFER,

     Plaintiff,

                                          Case No. 1:22-cv-804

v.

                                          HON. JANE M. BECKERING

UNKNOWN PARTIES #1, et al.,

     Defendant.
_____/

## ORDER

Plaintiff Alonzo Shaffer filed a complaint on September 1, 2022 against Defendants Unknown Parties #1, named as Entire Anil A. Petell Family of Doctors; Judge Quinn Benson; and County of Kalamazoo.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on September 8, 2022, recommending dismissal of Plaintiff's complaint.  On September 16, 2022, Plaintiff filed an amended complaint as of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) (ECF No. 9).  Because the Amended Complaint supersedes Plaintiff's earlier complaint, *see In re Refrigerant Compressors Antitrust Litig.*, 731 F.3d 586, 589 (6th Cir. 2013), the pending Report and Recommendation is moot.  Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 6) is DISMISSED as moot.


Dated:  October  6, 2022                          /s/ Jane M. Beckering
                                               JANE M. BECKERING
                                             United States District Judge