UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALONZO SHAFFER,

    Plaintiff,

v.

UNKNOWN PARTIES #1, et al.,

    Defendants.
_____/

Case No. 1:22-cv-804

HON. JANE M. BECKERING

**ORDER**

This is a civil action filed by a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 13) on October 11, 2022, recommending that Plaintiff's amended complaint be dismissed for failure to state a claim on which relief may be granted, and that an appeal would not be in good faith. The Report and Recommendation was duly served on Plaintiff.[1] No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 13) is APPROVED and ADOPTED as the Opinion of the Court, and Plaintiff's Amended Complaint (ECF Nos. 9 & 11) is DISMISSED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

A Judgment will be entered consistent with this Order.

Dated: December 21, 2022                                /s/ Jane M. Beckering
                                                                                    JANE M. BECKERING
                                                                                    United States District Judge

---

[1] Plaintiff is the only party that has appeared in the case at this time.